IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMA FLANDERS SOMMERS                                                               PLAINTIFF

        v.                              CIVIL NO. 10-5024

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                      DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 3rd day of March 2011.

                                                     /s/ *Erin L. Setser*
                                                     HON. ERIN L. SETSER
                                                     UNITED STATES MAGISTRATE JUDGE